# Order

Michigan Supreme Court
Lansing, Michigan

September 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142933 & (18)

PEOPLE OF THE STATE OF MICHIGAN,
   Plaintiff-Appellee,

v

              SC: 142933
              COA: 299462
              Wayne CC: 93-001098-01-FC

RANDALL MARK BRYANT,
    Defendant-Appellant.

_____/

   On order of the Court, the application for leave to appeal the March 18, 2011 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 42 days after the date of this order. It appearing to the Court that the trial court record may aid the prosecutor in responding to the application, the file shall be transmitted to the Wayne Circuit Court for the prosecutor's review.

   The application for leave to appeal and motion to remand remain pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

               Clerk

d0919